ACCEPTED
06-15-00201-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2016 10:52:07 AM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-15-00201-CR

| | | |
|---|---|---|
| **SERGIO RASHAD FONZA-CAREY** § | **IN THE COURT OF APPEALS** | |
| § | FILED<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS | |
| **VS.** § | **FOR THE SIXTH DISTRICT** 7/6/2016 10:52:07 AM | |
| § | DEBBIE AUTREY | |
| **THE STATE OF TEXAS** § | **OF THE STATE OF TEXAS** Clerk | |

## STATE'S FIRST MOTION TO EXTEND TIME
## FOR FILING STATE'S BRIEF

THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, respectfully moves the Court to extend the time for filing of the Appellee's Brief in accordance with Rule 10.5 of the Texas Rules of Appellate Procedure. In support of its motion, the State respectfully offers the following:

1. The Appellee's brief is due July 7, 2016, and I have not completed it. This is the State's first motion to extend time in this case.

2. The State seeks an additional 32 days, until August 8, 2016. The undersigned will nevertheless attempt to complete and file the State's brief prior to the extended deadline.

3. The undersigned attorney is responsible for all post-conviction prosecution for the Gregg County Criminal District Attorney's Office, including direct appeals and applications for habeas corpus, bond forfeitures and traffic citation appeals.

   In the past 30 days the undersigned attorney has worked on the following:

   A. Appellate briefs:
      *Garcia v. State* 06-15-00187, filed on June 21
      *State v. Reel* 06-15-00230-CR filed on June 28

4. In the next thirty days, Appellee also has one more brief due in this court:

   *State v. Strube,* 06-15-00185-CR due July 21.

5. In addition, the undersigned attorney was out of town from June 22-24, and will be out of state from July 12-14.

6.    Appellant relies on the above facts as good cause for the requested extension.

7.    This extension is not requested for purposes of delay, but so that justice may be done.

Respectfully submitted,

/s/Zan Colson Brown

Zan Colson Brown
Texas Bar No. 03205900
Assistant District Attorney
101 East Methvin St., Suite 333
Longview, TX 75601
Telephone: (903) 236–8440
Facsimile: (903) 236–3701
E-mail: zan.brown@co.gregg.tx.us

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been

forwarded to all counsel of record through Texas e-file.com


Mr. Clement Dunn
140 E, Tyler Street, Suite 240
Longview, Texas 75601
clementdunn@aol.com

This 6th day of July, 2016.

/s/ **ZanColsonBrown**
Zan Colson Brown
Assistant District Attorney